**v.**

**The STATE of Texas, Appellee.**

**No. 28324.**

Court of Criminal Appeals of Texas.

May 16, 1956.

**Thomas Otho HOPKINS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28329.**

Court of Criminal Appeals of Texas.

May 16, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.